445 A.2d 498

**COMMONWEALTH of Pennsylvania**

v.

**Nathaniel WILLIAMS, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 16, 1982.

Decided May 25, 1982.

Thomas L. McGill, Jr., Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Gail Thackeray, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.